Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **CYNTHIA SHAFER** ) | Case No. CV-09-3942-E |
| ) | |
| Plaintiff, ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| ) | |
| vs. ) | |
| ) | |
| **HUNT & HENRIQUES** ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 20th day of July , 2009.

Notice of Dismissal  - 1

By: **s/Todd M. Friedman**
   **Todd M. Friedman**
   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   **369 S. DOHENY DR. #415**
   **BEVERLY HILLS, CA 90211**
   **tfriedman@AttorneysForConsumers.com**
   **Attorney for Plaintiff**

Filed electronically on this 20th day of July, 2009, with:

United States District Court CM/ECF system

By: s/Todd M. Friedman
   Todd M. Friedman